Friday, May 27, 2011

Mr. Augustin Rivera Jr.
Dunn Weathered Coffey
Rivera & Kaspertis, P.C.
611 S. Upper Broadway
Corpus Christi, TX 78401

Mr. Brendan K. McBride
The McBride Law Firm
425 Soledad, Suite 620
San Antonio, TX 78205
Mr. Scott A. Brister
Andrews Kurth LLP
111 Congress Ave, Suite 1700
Austin, TX 78701

RE: Case Number: 10-0688
 Court of Appeals Number: 04-10-00259-CV
 Trial Court Number: DC-09-339

Style: CMH HOMES, INC., ET AL.
 v.
 ADAM PEREZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. The stay
order issued September 10, 2010 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Yaira M. Torres, Deputy Clerk
Enclosure
|cc:|Mr. Richard |
| |Barton |
| |Mr. Keith E. |
| |Hottle |